U.S. DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Civil No. **3:25-cv-0001l**

--------------------------------------------------------------------X

FRANK TUFANO

              Plaintiff(s),

        -against-

**AMENDED COMPLAINT**

MEHRYAR RAY TABAN MD
MEHRYAR TABAN MD INC.
THE MEDICAL BOARD OF CALIFORNIA
AMERICAN ACADEMY OF OPHTHALMOLOGY
AMERICAN BOARD OF COSMETIC SURGERY
AMERICAN SOCIETY OF OPHTHALMIC PLASTIC
AND RECONSTRUCTIVE SURGERY

             Defendant(s).

**FILED
SCRANTON**

JAN 06 2025

PER_____
       DEPUTY CLERK

--------------------------------------------------------------------X

1. On November 29, 2023, Frank Tufano underwent a cosmetic eye procedure with Dr. Taban (MEHRYAR RAY TABAN MD) in Beverly Hills California, who presumably operates his surgical practice under the corporation MEHRYAR TABAN MD INC.

2. The initial discovery of injury was 3 months after the procedure, the stated recovery period, on March 1st, 2024.

3. Prior to the surgery Frank Tufano had no issues with his vision or eye area from an aesthetic or functional perspective. Frank Tufano consulted with Dr. Taban, who believed he could improve Frank Tufano's appearance with a combination of four cosmetic procedures.

4. After waiting three months of recovery from the surgery as suggested by Dr Taban - Frank Tufano was left near-blind with severe visual impairment, and

poorer facial appearance than before. Dr. Taban directly lied to Frank Tufano about the risks of the procedure, the expected results, and immediately after the surgery – when Frank Tufano was clearly deformed – he attempted to lie and mislead Frank Tufano that everything was okay without offering any guidance or solutions to Frank Tufano's new severe medical problems.

5. According to Dr. Tabans website, "Dr. Mehryar (Ray) Taban is a compassionate Oculoplastic plastic surgeon (eye plastic surgeon) who provides his patients with the best possible care. He is an eyelid, orbit and facial plastic cosmetic and reconstructive surgeon who practices in the greater Los Angeles area, including Beverly Hills, Los Angeles, and Santa Barbara."

6. Frank Tufano's surgical results and personal experience with Dr. Taban are quote contrary to how Dr. Taban portrays himself. As Frank Tufano was left butchered, deformed, and near-blind with no solutions.

7. Dr. Taban performed ac combination of 4 procedures on Frank Tufano – a "cosmetic" orbital decompression, upper eyelid ptosis repair, lower eyelid retraction, and infraorbital rim implant.

8. It is significant to note that there is NO OTHER SURGEON IN THE WORLD is performing orbital decompression for cosmetic purposes – as it is a highly invasive and risky procedure.

9. The professionally credentialed agencies that Dr. Taban is involved with - including The Medical Board of California, The American Academy of Ophtalmology, The American Board of Cosmetic Surgery, and The American Society of Ophtalmic Plastic and Reconstructive Surgery – are full of highly experienced and trained professionals that would never consider or recommend

this specific procedure of orbital decompression be performed unless absolutely necessary, especially in a cosmetic application.

10. Frank Tufano has consulted with the top corrective surgeons in the world, including Dr. Guy Massry, Dr. Raymound Douglas, Dr. Bruce Moskowitz, Dr. Brett Kotlus, and none of them have ever seen such damage from an elective cosmetic procedure. Dr Raymound Douglas, who performs hundreds of decompression surgeries per year, had never seen such severe damage as Frank Tufano and none of these doctors offered him any corrective options because of the highly unusual and never-seen-before damage that Dr. Taban incurred on Frank Tufano.

11. It is beyond shocking that Dr. Taban has been allowed to perform this highly dangerous procedure of orbital decompression in a cosmetic application without any intervention by other medical professionals or medical associations he is affiliated with.

12. As of November 12th, 2024, Frank Tufano has had 5 attempted corrective procedures, 3 to correct his vision and 2 to correct his physical appearance, all of which have not been effective to remedy the problems caused by Dr. Tabans negligence and clear medical malpractice.

13. In February of 2024, Frank Tufano was diagnosed with Strabismus (eye misalignment) by Dr. Jay Wisnicki at NY Eye and Ear Infirmary. Dr. Taban did not acknowledge or recognize this as an issue despite an official diagnosis from another doctor.

14. Frank Tufano underwent his first corrective surgery for strabismus on March 21, 2024 with Dr. Wisnicki, which was unsuccessful despite Dr. Wisnicki stating a 90% chance of success.

15. After several months of recovery Frank Tufano underwent a second corrective surgery for Strabismus in on Juny 27, 2024 with Dr Wisnicki. The doctor was unable to correct Frank Tufano's vision and physical appearance and refused to do any further surgeries despite not remedying the issue.

16. Dr Taban had not made any attempt to help Frank Tufano until Frank Tufano had published a YouTube video on September 13, 2024, explaining what Dr. Taban had done to Frank Tufano. After just several days of social media impact Dr Taban solicited Frank Tufano to remove the video, not out of remorse, or wanting to help Frank, but solely for his reputation so he can continue to do these horrible procedures to unknowing patients.

17. Frank Tufano removed the video immediately at his request in hopes that his appearance and vision can still be corrected with a future procedure through other medical professionals.

18. On October 4th, 2024, Frank Tufano met with Dr. Yang in NYC who performed several filler procedures in attempt to correct the symmetrical imbalances caused by Dr. Tabans initial surgery. The results were a slight improvement from before but still not successful in creating a "normal physical appearance."

19. In October of 2024, Frank Tufano consulted with Dr Julie Nam, MD, another strabismus specialist, who diagnosed Frank Tufano with eye misalignment (strabismus) despite him already having two attempted surgeries to re-align his eyes.

20. Shortly after, on October 18, 2024, Frank Tufano underwent his third corrective eye procedure for Strabismus, which was not successful. The damage that Dr. Taban has caused to Frank Tufano's eyes has made it impossible for even the top strabismus surgeons in the world to correct.

21. On November 25, 2024, Frank Tufano had a second procedure with Dr. Yang in further attempts to correct the soft tissue imbalances created by Dr. Taban's initial surgery.

22. On December 9, 2024, Frank Tufano, still dissatisfied with his physical appearance, had another consultation with Dr. Yang who confirmed that not much more could be done to correct the soft tissue irregularities caused by Dr Taban.

23. On December 20, 2024, Frank Tufano underwent his fourth corrective eye surgery for Strabismus, and as of the filing of this lawsuit Frank Tufano still has partial blindness and vision loss with no improvement in his disfigured physical appearance.

24. As of the filing of this lawsuit, and despite already having a considerable amount of procedures in only a years time, Frank Tufano still has many consultations scheduled with other Doctors to see if anything can be done to correct his physical appearance.

25. Dr. Taban is licensed through the Medical Board of California, their mission being "to protect healthcare consumers and prevent harm through the proper licensing and regulation of physicians and surgeons and certain allied healthcare professionals and through the vigorous, objective enforcement of the Medical

Practice Act, and to promote access to quality medical care through the Board's licensing, policy, and regulatory functions."

26. Dr Taban is a member of The American Academy of Ophthalmology (Academy), "a professional medical association of ophthalmologists. It is headquartered in San Francisco, California. Its membership of 32,000 medical doctors includes more than 90 percent of practicing ophthalmologists in the United States as well as over 7,000 members abroad. The Academy's stated mission is "to protect sight and empower lives by serving as an advocate for patients and the public, leading ophthalmic education, and advancing the profession of ophthalmology."

27. Dr. Taban is a member of The American Board of Cosmetic Surgery, "a U.S. medical board that certifies surgeons in the specialty of cosmetic surgery. Our membership is restricted to surgeons who have completed specific training requirements and passed our rigorous examination process.. As diplomates of the American Board of Cosmetic Surgery, we pride ourselves on setting the highest standards for training, expertise, and ethical practice in the medical specialty of cosmetic surgery. After you read through what it takes for a physician to become board certified by the ABCS, you'll see why choosing an ABCS surgeon means you're choosing a genuine cosmetic surgery specialist."

28. Dr Taban is a member of the American Society of Ophthalmic Plastic and Reconstructive Surgery – "No one knows your eyes and face like an ASOPRS Surgeon. Trust your eyes and face to a surgeon who specializes in oculofacial plastic surgery. All ASOPRS members are board-certified ophthalmologists who have completed advanced training in eyelid, orbit, tear duct system and facial

cosmetic and reconstructive surgery. We invite you to learn more about the field of oculofacial plastic surgery and find a qualified member surgeon in your area below."

29. Based on the standard of care, injury, and damages incurred to Frank Tufano over the course of his treatment with Dr. Taban, there is a clear misalignment with the professional standards and training portrayed by these professional medical associations. All of these associations have failed to recognize Dr. Tabans clear malpractice in their respective areas of expertise, whether it's a general procedure that should not be performed in a cosmetic application, having knowledge of surgical risks to be conveyed to the patient, performing cosmetic procedures with sub-par skill level and high error rates, and clear lack of knowledge in treating complications arising from orbital surgery.

## JURISDICTION

30. This Court has subject matter jurisdiction pursuant to 28 U.S.C. par. 1332 because there is a complete diversity of citizenship between each plaintiff and Defendant and the amount in controversy exceeds $75,000.

31. Frank Tufano's permanent residence and domicile is established at 25 Dundaff ST, Carbondale, PA

32. MEHRYAR RAY TABAN MD'S known residence and domicile is 9735 Wilshire BLVD, #319, Beverly Hills, CA 90212.

33. MEHRYAR TABAN MD INC'S known residence and domicile is 9735 Wilshire BLVD, #319, Beverly Hills, CA 90212.

34. THE MEDICAL BOARD OF CALIFORNIA operates from 2005 Evergreen ST #1200, Sacramento, CA 95815

35. THE AMERICAN ACADEMY OF OPHTHALMOLOGY operates from 655
Beach ST, San Francisco, CA 94109

36. THE AMERICAN BOARD OF COSMETIC SURGERY operates from 8840
Calumet AVE STE 205, Munster, IN 46321.

37. THE AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND
RECONSTRUCTIVE SURGERY operates from 1041 Grand AVE #132, St
Paul, MN 55105.

## FIRST CLAIM FOR RELIEF
## INFORMED CONSENT

38. Dr. Taban lied to Frank Tufano about the risks of the procedure, dramatically
understating the risks.

39. Dr. Taban stated a 2% risk of "double Vision," yet all medical literature cites 15-
20% for the specific procedure.

40. Dr. Taban did not mention the possibility of disfigurement (severe cross-eyed
appearance) that accompanies the double vision risk, which would offset any
cosmetic benefits of said procedure.

41. Dr. Taban "up-charged" Frank Tufano $8,000 the day prior to surgery claiming
Frank Tufano needed a two-stage decompression instead of single-stage, the
two-stage decompression having a much hire risk of error.

42. Frank Tufano specifically asked Dr. Taban the day before the surgery if his eyes
would appear closer together. Dr. Taban stated that Frank Tufano's eyes would
not be closer together from the elected procedures, however Frank Tufano's

eyes are now extremely close and his interpupillary distance decrease is one of
the main factors causing Frank Tufano to appear cross-eyed and disfigured.

43. There is medical literature stating that interpupillary distance will decrease as a
result of orbital decompression. This is information that any oculoplastic
surgeon should be familiar with, let alone someone who performs these
procedures on a weekly basis. Frank Tufano found out after the surgery that
there is factually correct medical literature contradicting Dr. Tabans statements.

44. Dr. Taban ignored the available medical literature statistics and lied to Frank
Tufano about the actual risk percentage in order to coerce him into getting a
risky and dangerous procedure. Dr Taban valued his own personal net worth
and monetary gains over the safety and well-being of his patient Frank Tufano.

45. If Frank Tufano had known the legitimate risk percentage and possible negative
outcomes of the procedure, Frank Tufano could have made an informed
decision to not undergo an elective procedure with such high risk of
complications, especially considering there were much lower risk cosmetic
procedures available.

## SECOND CLAIM FOR RELIEF
## STANDARD OF CARE – SURGICAL ERRORS

46. Frank Tufano was left with severe cross-eyed disfigurement and visual
impairment immediately after the surgery.

47. Every single procedure that Dr. Taban performed was not done "correctly."

48. Dr. Taban removed too much tissue by performing a two-stage decompression,
this removal of supporting tissue in the medial (inner) wall of the eye removed
crucial soft tissue support that likely caused Frank Tufano's eye-misalignment

(Strabismus). A lateral (outer) decompression was also performed, which on its

own as a single-stage decompression would have had much lower risk.

49. In his consultation with Dr. Raymond Douglas, the most experienced orbital

decompression surgeon in the world, Dr. Douglas stated that he would never

perform more than a lateral decompression in a cosmetic application as the risks

of a two-stage decompression including the medial wall are too risky.

50. The upper eyelid ptosis repair was not successful, the right eyelid is much higher

than the left which created upper eyelid asymmetry that was not present before

the procedure

51. The lower eyelid retraction was done asymmetrically, Frank Tufano's left inner

eyelid is up higher, and his outer right eyelid is out further, creating an

asymmetric appearance in Frank Tufano's lower eyelids that was not present

before the procedure.

52. The infraorbital rim implants were placed asymmetrically below the eyes, the

right implant being slightly higher while the left implant being too low created a

hollow and asymmetric appearance in Frank Tufano's undereye area that was not

present before the procedure.

53. Dr Taban claims to be a "Top World Renowned Oculoplastic Surgeon,"

however he did not perform one procedure "correctly." Every single procedure

performed on Frank Tufano was asymmetrical, far below the standard of what

the expected results of any of these procedures would be.

**THIRD CLAIM FOR RELIEF
INJURY**

54. Frank Tufano has been left with a permanent cross-eyed appearance, permanent
loss of vision, re-occurring pain in the form of physical eye pain, headaches, and
nerve pain near the implant area.

55. Frank Tufano's visual impairment has made it difficult for him to maintain and
run his business operations as there are many physical day-to-day tasks he was
encumbered with.

56. Frank Tufano's deformed visual appearance has made it so he can no longer
perform his regular social media activities that has had a significant negative
impact on his mental health.

57. Frank Tufano consulted with psychiatrists attempting to seek relief from the
negative impact this has had on his mental health but in every consultation the
police were called and Frank Tufano was evaluated for suicidal tendencies.

58. Frank Tufano spends most of his day lying in bed taking pain medications, and
is in severe physical and mental distress, unable to resume his previous life.


**FOURTH CLAIM FOR RELIEF**
**DAMAGES**

59. Frank Tufano has suffered extremely physically and mentally from a high
amount of corrective surgeries over less than a one year period.

60. Before having surgery with Dr. Taban, Frank Tufano had a thriving online
business which was heavily dependent on his physical appearance for posting to
social media as Frank Tufano is a "YouTube Personality."

61. Because of his disfigured physical appearance Frank Tufano is no longer mentally or physically able to maintain his online social media persona, which the growth and prosperity of his successful business was dependent on.

62. Frank Tufano's combined gross business revenue is several million dollars per year and has been growing rapidly at 150%-200% every single year. But now that Frank Tufano is unable to continue his business as it was – and future growth and operation has been heavily compromised by Dr. Tabans damage to his physical appearance and function. Frank Tufano can only estimate based on the current growth over the next 20 years he would have been able to operate his business.

63. If Frank Tufano maintained his current business growth of 150% for the next 20 years he would have an estimate gross revenue of $8-11 billion dollars per year, equating to at least $500 million in gross profit per year.

## PRAYER FOR RELIEF

64. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

   A. Frank Tufano receives $330,000 in non-economic damages for his pain and suffering endured through multiple medical procedures.

   B. Frank Tufano be compensated for his loss in business revenue for this initial two year period, an immediate payment of $666,666 to remediate the lost revenue from his social media presence over the time period of the first year and throughout the estimated court timeline.

C.  Frank Tufano be compensated for his estimated future business losses, for the first 10 year period ending between $135,000,000 and $201,000,000 in gross estimated revenue based on current growth, with a conservative net income estimated at $8,400,000 over a 10 year period. For the second period of years 10-20, Frank Tufano be compensated an amount no less than $475,000,000 as a net profit estimation based on his business growth percentage prior to his procedure with Dr. Taban.

D.  Total compensation owed to Frank Tufano based on his economic loss from his future business endeavors being $484,396,666. (Four Hundred Eighty Four Million, Three Hundred Ninety Six Thousand, Six Hundred and Sixty Six Dollars) to be paid for by the five defendants divided appropriately by gauge of responsibility with Dr. Taban at 33%, The Medical Board of California at 33%, and the remaining 33% split between the other 3 supervisory boards at 11% each. (The American Academy of Ophthalmology, The American Board of Cosmetic Surgery, and The American Society of Ophthalmic Plastic and Reconstructive Surgery)

Dated: Friday, January 3, 2025

By:    /s/ Frank Tufano
       Frank Tufano