```
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com                    JS-6
Karen Rai (State Bar No. 333645)
Email: krai@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869
```

Attorneys for Specially Appearing Defendant
AMERICAN SOCIETY OF OPHTHALMIC PLASTIC
AND RECONSTRUCTIVE SURGERY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TUFANO,<br><br>    Plaintiff,<br>v.<br><br>MEHRYAR RAY TABAN, THE MEDICAL BOARD OF CALIFORNIA, AMERICAN ACADEMY OF OPHTHALMOLOGY, AMERICAN BOARD OF COSMETIC SURGERY, AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY.<br><br>    Defendants. | Case No.: 2:25-cv-00147-SVW-JC<br><br>**JUDGMENT** |

The Court having GRANTED Defendant American Society of Ophthalmic Plastic and Reconstructive Surgery's (hereinafter, "ASOPRS") Motion to Dismiss as to Plaintiff Frank Tufano's (hereinafter, "Plaintiff") Complaint in its entirety (see Civil Minutes dated June 3, 2025 Dkt. 46 attached hereto as Exhibit A),

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff shall recover nothing from ASOPRS, and

JUDGMENT
CASE NO.: 2:25-CV-00147-SVW-JC

1  2. ASOPRS shall have judgment in its favor on Plaintiff's entire action.

IT IS SO ORDERED.

Date: June 24, 2025

*[signature]*

Hon. Stephen V. Wilson
United States District Judge

JUDGMENT
CASE NO.: 2:25-CV-00147-SVW-JC

- 2 -