**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION**

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>MEHRYAR RAY TABAN; THE MEDICAL BOARD OF CALIFORNIA; AMERICAN ACADEMY OF OPTHALMOLOGY; AMERICAN BOARD OF COSMETIC SURGERY; AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY;<br><br>Defendants. | **Case No.:** 2:25-cv-00147-SVW-AYPx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MEHRYAR TABAN, MD'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND IMPOSE PRE-FILING RESTRICTIONS PURSUANT TO 28 U.S.C. § 1651; OR, IN THE ALTERNATIVE, ENJOIN PLAINTIFF PURSUANT TO RULE 11**<br><br>Action Filed: January 3, 2025<br>Pretrial Conference: July 6, 2026<br>Trial Date: July 14, 2026<br><br>Assigned to:<br>Hon. Stephen V. Wilson, District Judge<br>Courtroom 10A<br>Magistrate Judge Anna Y. Park<br>Courtroom 750 |

The hearing on the *Motion to Declare Plaintiff a Vexatious Litigant* filed by Defendant MEHRYAR TABAN, MD ("Defendant"), came on for hearing in Courtroom 10A of this Court.

After considering the pleadings and the supporting evidence, this Court finds, and rules as follows:

1. Plaintiff FRANK TUFANO is declared a vexatious litigant.
2. A pre-filing review of any future motions filed by Plaintiff FRANK TUFANO in this district is required.
3. Plaintiff FRANK TUFANO is compelled to pay normal filing fees.

Alternatively:

The entire action is DISMISSED with prejudice.

**IT IS SO ORDERED**

Dated: _______________

_________________________________
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL
DISTRICT OF CALIFORNIA