**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION**

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>MEHRYAR RAY TABAN; THE MEDICAL BOARD OF CALIFORNIA; AMERICAN ACADEMY OF OPTHALMOLOGY; AMERICAN BOARD OF COSMETIC SURGERY; AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY;<br><br>Defendants. | **Case No.:** 2:25-cv-00147-SVW-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MEHRYAR TABAN, MD'S EX PARTE APPLICATION TO ADVANCE HEARING AND FOR URGENT RULING ON MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT PURSUANT TO 28 U.S.C. § 1651; OR, IN THE ALTERNATIVE, ENJOIN PLAINTIFF PURSUANT TO RULE 11**<br><br>Action Filed: January 3, 2025<br>Pretrial Conference: July 6, 2026<br>Trial Date: July 14, 2026<br>**Hearing Date:**<br>**Time:**<br>**Location:**<br>Assigned to:<br>Hon. Stephen V. Wilson, District Judge<br>Courtroom 10A<br>Magistrate Judge Anna Y. Park, Crtrm 750 |

The hearing on the *Ex Parte* Application filed by Defendant MEHRYAR TABAN MD ("Defendant"), came on for hearing in Courtroom 10A of this Court.

After considering the pleadings and the supporting evidence, this Court finds, and rules as follows:

1. Hearing on Defendant's Motion to Declare Plaintiff FRANK TUFANO a Vexatious Litigant is Advanced to__________________.
2. Plaintiff FRANK TUFANO is declared a vexatious litigant.
3. Plaintiff's present lawsuit in the Central District of California – Western Division Case No: *2:25-cv-00147-SVW-JC* is dismissed with prejudice.
4. A pre-filing review of any future lawsuits filed by Plaintiff FRANK TUFANO in this district is required.
5. Plaintiff FRANK TUFANO is compelled to pay normal filing fees.

Alternatively:

6. Plaintiff FRANK TUFANO is enjoined from filing any further lawsuits against Defendant MEHRYAR TABAN MD and/or his counsel of record in this district without prior leave of court, or the Court grants such other relief as deemed appropriate.

**IT IS SO ORDERED**

Dated: _______________

______________________________
JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA