PATRICK E. STOCKALPER, SBN 156954
CHAENA DADE, SBN 310365
KEISHUNN JOHNSON SBN 350243
KJAR, MCKENNA & STOCKALPER, LLP
841 Apollo Street, Suite 100
El Segundo, California 90245
Telephone (424) 217-3026
Facsimile (424) 367-0400
pstockalper@kmslegal.com
cdade@kmslegal.com
kjohnson@kmslegal.com

Attorneys for Defendant,
**MEHRYAR TABAN, MD**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA–WESTERN DIVISION**

FRANK TUFANO,

Plaintiff,

v.

MEHRYAR RAY TABAN; THE MEDICAL BOARD OF CALIFORNIA; AMERICAN ACADEMY OF OPTHALMOLOGY; AMERICAN BOARD OF COSMETIC SURGERY; AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY;

Defendants.

**Case No.:** 2:25-cv-00147-SVW-AYPx

**NOTICE OF HEARING RE DEFENDANT MEHRYAR TABAN, MD'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND IMPOSE PRE-FILING RESTRICTIONS; OR, IN THE ALTERNATIVE, SANCTIONS PURSUANT TO RULE 11 [ECF NO. 109]**

Action Filed: January 3, 2025
Pretrial Conference: July 6, 2026
Trial Date: July 14, 2026

**Hearing Date: May 4, 2026**
**Time: 1:30 p.m.**
**Location: Crtrm 10A**

Assigned to:
Hon. Stephen V. Wilson, District Judge
Ctrm 10A
Magistrate Judge Anna Y. Park, Ctrm 750

**TO THIS HONORABLE COURT, PLAINTIFF, AND ALL PARTIES:**

PLEASE TAKE NOTICE that on **Monday, May 4, 2026 at 1:30 p.m.,** or as soon thereafter as the matter may be heard before Hon. District Judge Stephen V. Wilson in Courtroom 10A of the First Street U.S. Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant MEHRYAR RAY TABAN, MD ("Defendant") will and hereby does move for an Order declaring Plaintiff FRANK TUFANO ("Plaintiff") a vexatious litigant, requiring prefiling review of any future filings submitted by Plaintiff in this District, and directing the Clerk not to accept any further filings from Plaintiff unless he first obtains leave of Court and pays the normal filing fees.

This motion is made pursuant to the 28 U.S.C. section 1651, Local Rules 83-8.1 through 83-8.4, *Federal Rule of Civil Procedure* 11, and the Court's inherent authority to curb abusive litigation. This Notice accompanies the Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Chaena Dade, Esq. filed in this action on March 31, 2025 as ECF Document No. 109.

Dated: April 1, 2026 KJAR, MCKENNA & STOCKALPER, LLP

By: ______________________________

PATRICK E. STOCKALPER
CHAENA DADE
KEISHUNN JOHNSON
Attorneys for Defendant,
**MEHRYAR TABAN, MD**

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 841 Apollo Street, Suite 100, El Segundo, California 90245.

On April 1, 2026, I served the foregoing document described as **NOTICE OF HEARING RE DEFENDANT MEHRYAR TABAN, MD'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND IMPOSE PRE-FILING RESTRICTIONS; OR, IN THE ALTERNATIVE, SANCTIONS PURSUANT TO RULE 11 [ECF DOC. NO. 109]** on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**<u>SEE ATTACHED SERVICE LIST</u>**

XX **By Mail** I caused such envelope(s) to be deposited in the mail at El Segundo, California. The envelope was mailed with postage thereon fully prepaid and addressed to the parties listed on the Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

XX **By Email** Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in the Service List. My email address is Stolliver@kmslegal.com.

XX **(By CM/ECF system):** I electronically filed the above document(s) with the Court via the CM/ECF system. Registered CM/ECF users in this matter will be served through CM/ECF.

XX **State** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2026, at El Segundo, California.

[signature]

Sahara Tolliver

**SERVICE LIST**

80-98.001

**Frank Tufano v. Mehryar Ray Taban, MD, et al.**

USDC Case No.: 5:25-cv-00147-SVW-JC

| | |
|---|---|
| Frank Tufano<br>25 Dundaff ST<br>Carbondale, PA 18407<br>Tele: (917)599-2160<br>frankatufano@gmail.com | Plaintiff In Pro Per |