Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK TUFANO,<br>Plaintiff,<br>vs.<br>MEHRYAR RAY TABAN MD<br>MEHRYAR TABAN MD INC.<br>THE MEDICAL BOARD OF CALIFORNIA<br>AMERICAN ACADEMY OF OPHTHALMOLOGY<br>AMERICAN BOARD OF COSMETIC SURGERY<br>AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY<br>Defendants | Case No.: 2:25-CV-00147-SVW-JC<br><br>OPPOSITION TO MOTION TO DECLARE FRANK TUFANO A VEXATIOUS LITIGANT AND REQUEST FOR SANCTIONS |

1. Frank Tufano files this motion in opposition to Defendant Mehryar Ray Taban MD's Motion to Declare Frank Tufano a Vexatious Litigant, that the motion has no reasonable basis, is solely full of conclusory blanket statements, and should be dismissed immediately as it has no bearable content to hold a hearing on.

2. In the past two years, Frank Tufano has suffered 8 surgical procedures under anesthesia, has been declared physically disabled, and has had his social media accounts permanently banned and deplatformed, and his doctor-patient relationship interfered with an assisting physician, all due to the direct actions of defendant Mehryar Ray Taban and his "counsel." Frank Tufano could file a dozen more

lawsuits, each with legitimate claims to seek justice against factual wrongdoings committed against him by defendant. Mehryar Ray Taban MD has done nothing short of absolutely ruining Frank Tufano's life, both his personal and business, including his mental and physical health.

3. Mehryar Ray Taban has previously attempted to obtain a restraining order against Plaintiff (unsuccessfully), and this is a further stretch of his ruthless psychopathic nature in using his financial resources to take advantage of others. Who other than a mentally unwell lunatic would seek a restraining order against someone that they made half blind and physically disabled? It defies all logic and reason and any sense of moral obligation.

4. If defendant did not want Plaintiff to file repeated lawsuits he should not have had Plaintiff's personal social media accounts taken down by a corrupt Law Firm Lavely & Singer, and he should not have had all of Frank Tufano's negative reviews removed from various platforms that were sharing his truthful experiences with Doctor Taban, nor should his counsel have tried to obtain medical records preemptively from a Doctor whom Frank was still undergoing treatment with.

5. In the introduction Defendant states that Frank Tufano has sustained frivolous, duplicative, and harassing litigations across multiple jurisdictions, which includes filings that have no subject matter jurisdiction in this case, and no factual basis of the actual events that occurred. **In this motion, defendant makes many blanket statements asserting them as fact yet has not provided one piece of evidence in it's entirety.**

6. Defendant states "Taken together, this illustrates a consistent pattern in Plaintiff's litigation behavior: serial filings, reassertion of previously rejected claims, naming defendants without factual basis, and the use of multiple courts simultaneously to relitigate the same issues. This reflects the broader contours of Plaintiff's vexatious litigation strategies across jurisdictions." Without any basis whatsoever – this statement is factually incorrect and defendant has not provided any evidence in support of this statement. **Defendant has failed to illustrate and show which cases have been rejected and filed in multiple different courts.**

7. Plaintiff will gladly address and explain each and every lawsuit filed in every court, providing the factual basis for each complaint, and the resulting motions and filings in each and every case. All defendant has done is state that Plaintiff has committed misconduct without actually showing said misconduct.

8. Defendant states 7 cases that have been filed against Mehryar Ray Taban MD, the first filed 1/02/2025 in Pennsylvania, which was transferred to California, this was Frank Tufano's attempt to litigate this claim in his own state as his physical disability limited his ability to participate in CA courts.

9. Thes second case filed 1/05/2025 in Los Angeles Superior Court is Frank Tufano's attempt to litigate his claims in CA State Court, which was eventually dismissed by a corrupt judge who discriminated against Frank Tufano's disabilities and surgery, ignoring his inability to respond to court actions while being hospitalized.

10. The third case filed 6/27/2025 is a case in response to Defendant Mehryar Ray Taban MD hiring a law firm to have Frank Tufano's personal social media removed for no legitimate reason other than to prevent Frank Tufano from publicly sharing

the horrific surgical botch job committed by Defendant. This was originally attempted to be resolved in a Third Party Complaint in active cases that were not allowed by the court.

11. The fourth case filed 8/22/2025 is a matter of fraud committed by Third Party Review platforms removing negative reviews and even creating fake positive reviews to falsely establish the reputation of Mehryar Ray Taban MD, who is not the main subject of this litigation.

12. The fifth case filed 10/23/2025 is pursuing the Tortious Interference committed by Law Firm Kjar, McKenna & Stockalper in preventing Frank Tufano receiving treatment from Dr. Raymond Douglas by interfering with his doctor patient relationship.

13. The sixth case and seventh cases filed 2/23/2026 is at the two year deadline for PA State malpractice, and Frank Tufano's only chance to pursue his claims in both State and Federal Court in Pennsylvania, addressing the corruption and discrimination committed against him by California State Officials.

**14. None of these complaints are duplicative, they are all in response to individual events and have their own right of action independently. If the California State Court had acknowledged Frank Tufano's disability and Dr. Taban hadn't committed any unreasonable, unethical actions, there would be only 2 cases, the original State and Federal Filings.**

15. Defendant states that "Plaintiff repeatedly reasserts the same clams after dismissal." None of these cases have been dismissed for claim based reasons, and all of these

cases have their own separate claims, this statement is factually incorrect and has no basis for argument.

16. Defendant states that "Plaintiff repeatedly names defense counsel as Defendants." **Said defense counsel enjoys committed tortious interference and ruining Frank Tufano's personal and physical well-being.** If the defense counsel wasn't a bunch of crooked and corrupt lunatics then they would not be subject to their own independent complaints. Lavely & Singer PC has no just reason to have Frank Tufano's personal TikTok account banned, and Kjar, McKenna, & Stockalper, had no legitimate reason to contact Dr. Raymond Douglas prior to discovery stages, interfering with Frank Tufano's Doctor-Patient Relationship to the point he was refused treatment. There are no other instances of counsel being sued in any of Frank Tufano's other legal proceedings outside of this specific California matter with Dr Taban, who refuses to act within any sort of reason.

17. Defendant states "Plaintiff's Filings Contain Conspiratorial and Delusional Allegations." **These are conclusory statements as opposed to fact, claims have not been litigated and are still in preliminary stages of court to which no discovery or conclusions have been made.**

18. Defendant states "Substantive Findings of Frivolousness and Harassment Are Warranted." Defendant also has "pointed a gun" at Frank Tufano expecting him not to "fire back" (hypothetically), having his social media accounts taken down, attempting to get a restraining order against him, disrupting his doctor patient relationship, committing tortious interference on multiple occasions, and doesn't expect Plaintiff to defend himself and call out this corrupt and malicious behavior.

19. Defendant has wrote many paragraphs stating that Plaintiff's claims are frivolous and duplicative without naming, narrating, or providing any direct proof of these complaints and their results. Defendant is talking about a story without telling it.

20. Defendant states "Plaintiff's Filings are Harassing." **All of Frank Tufano's filings are direct responses to actions committed unfairly by other parties**. Frank Tufano also has a right to pursue his claims in both State and Federal Courts.

21. Defendant states "The Requested Order is Narrowly Tailored." **How can defendant request an order pertaining to the specific medical actions while using facts from anything but to obtain it?** Defendant has stated every irrelevant and non-subject matter case filed by Frank Tufano then requests that Frank Tufano be limited actions pertaining his medical care and treatment. Defendant has not proven that Frank Tufano has filed duplicative and resistive claims pertaining to this medical issue, all complaints filed past the initial one involved in tortious interference or judicial corruption committed by additional events.

22. Defendant states "In the alternative Sanctions are Warranted Under Rule 11." Rule 11 requires that all filings be grounded in law and fact and prohibits submissions made for an improper purpose. **All of Frank Tufano's filings have been based off of a newly factually occurring event, and not repeating allegations against past events.**

23. Defendant States "Plaintiff's filings in this action violate Rule 11 because they repeatedly assert claims that have already been dismissed **(What claims have been dismissed? They have never been stated by Defendant)** are filed in improper venues **(What venues and why are they improper?)** contain baseless accusations

of conspiracies **(What is the definition of a conspiracy, what conspiracy has been stated?)** target defense counsel without any legal basis **(That is to be determined by the court in each individual case, or you can try disputing them here instead of stating as fact)** and impose unnecessary costs on Defendant through duplicative and procedurally defective submissions. **(Defendant lives in a 12 million dollar house while Plaintiff is now physically disabled living with his parents)**

24. Defendant states that Plaintiff will not respect any ruling made by this Honorable Court. Said ruling was made while Frank Tufano was physically disabled in a hospital getting his orbit reconstructed. **The "Honorable" Judge did not accept Frank Tufano's notice to court that he was seeking further medical treatment.** All of the requests for medical leave that were made in this Federal Court were honored by the Judicial representatives. The same could not be said of the CA State Court, who disregarded all of Frank Tufano's notice and dismissed his case for failing to file in a timely manner. Counsel for defendant expects Plaintiff to respect a decision as ridiculous and biased as this motion.

25. Defendant has zero factual basis for any of the allegations in this motion, and needs to spend several hundreds of hours actually digging through Plaintiff's filed complaints to explain why the claims are frivolous and vexatious as opposed to just stating it as fact. Because of the lack of evidence and no basis for action, Frank Tufano requests that defendants motion be dismissed.

## REQUEST FOR SANCTIONS

26. In addition, because of Defendant's continued malicious behavior against a Pro Se litigant who is unable to afford legal representation, including the personal harassment with a frivolous restraining order, the removal of his personal social media permanently damaging and impairing his income, the disruption of his doctor-patient relationship causing Frank to seek international treatment, all reasonable occurrences to warrant third party complaints, and the length of this suit having been years, with assuming more years to come, Frank Tufano requests the court impose monetary sanctions against Defendant in the amount of $4200 USD per month.

Dated: Wednesday, April 1, 2026

By: /s/ Frank Tufano

Frank Tufano


25 Dundaff ST
Carbondale PA 18407
CERTIFIED MAIL
9589 0710 5270 2078 0832 03
Retail
RDC 99
90012
U.S. POSTAGE PAID
FCM LG ENV
CARBONDALE, PA 18407
APR 02, 2026
$0.00
S2324K502284-04
US District Court Clerk
255 East Temple ST
Los Angeles CA 90012
SUB
RETURN RECEIPT
REQUESTED