FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2026
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK TUFANO,

Plaintiff,

vs.

MEHRYAR RAY TABAN MD

MEHRYAR TABAN MD INC.

THE MEDICAL BOARD OF CALIFORNIA

AMERICAN ACADEMY OF OPHTHALMOLOGY

AMERICAN BOARD OF COSMETIC SURGERY

AMERICAN SOCIETY OF OPHTHALMIC PLASTIC AND RECONSTRUCTIVE SURGERY

Defendants

Case No.: 2:25-CV-00147-SVW-JC

MOTION TO STRIKE BOTH NOTICE OF HEARING AND MOTION TO DECLARE FRANK TUFANO A VEXATIOUS LITIGANT

1. The recent documents filed by defendant are insufficient, redundant, immaterial, impertinent, irrelevant and ill-prepared.

2. Defendant was extremely redundant in repeating over and over gain that Frank Tufano's complaints are duplicative and frivolous without actually explaining any single piece of content referenced, the content which is mostly out of subject matter jurisdiction as they are unrelated legal matters.

3. Defendant's filed information is immaterial, it lacks the details required to make such claims and the majority of the referenced case matters are irrelevant to the specific

matter at hand. Defendant should be required to isolate matter relevant to the current case-matter and explain why it constitutes vexatious behavior.

4. Defendants filing is impertinent, it is disrespectful to both the Plaintiff and the Court to attempt to get such an extreme ruling with false, misleading, and unsupported statements, supported by the previously filed opposition. (EXHIBIT A)

5. Defendants motion is unacceptable and not adequate enough to be complete for a hearing or oral argument, therefore Frank Tufano request that the Defendant's Hearing Request and Motion be struck from the Docket.

Dated: Thursday, April 2, 2026

By: /s/ Frank Tufano

Frank Tufano

Frank Tufano
25 Dundaff ST
Carbondale PA 18407

CERTIFIED MAIL

9589 0710 5270 2078 0832 10

Retail

RDC 99

90012

U.S. POSTAGE PAID
FCM LG ENV
CARBONDALE, PA 18407
APR 02, 2026

$0.00

S2324K502294-04

US District Court Clerk
255 East Temple ST
Los Angeles CA 90012

RETURN RECEIPT
REQUESTED

SUB

